**810**

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT HART, Appellant.— Judgment appealed from reversed, the information dismissed, and fine remitted on the ground that the guilt of the defendant has not been established beyond a reasonable doubt. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ.

■

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. AUSTIN J. SMITH and JOHN BECK, Appellants.— Judgments unanimously affirmed. No opinion. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ.

■

JAMES TALCOTT, INC., Appellant, v. LIEBLICH BROS., INC., Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VINCENT MASTLE, Appellant.— Judgment appealed from reversed, the information dismissed and fine remitted, on the ground that the guilt of the defendant was not established beyond a reasonable doubt. All concur except Peck, P. J., and Bastow, J., who dissent and vote to affirm. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ.

■

ELLY HOFMANN et al., Respondents, v. LOUIS KUPFER et al., Appellants.— Interlocutory judgment modified to the extent of eliminating finding of fact numbered " 36 " and conclusion of law numbered " 13 " and, as so modified, the interlocutory judgment is affirmed. We think the finding and conclusion indicated are premature and any such finding and conclusion should await the completion of the accounting. Settle order. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ. [See *post*, p. 943.]

■

PAUL L. BRIGGS et al., Individually and as Copartners Doing Business as LIGHTHOUSE ELECTRIC, Appellants-Respondents, v. COX & COMPANY, INC., Respondent-Appellant, et al., Defendant.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ.

■

GLORIA ROSENBERG, Respondent, et al., Plaintiff, v. BARNES DEVELOPMENT CORP. et al., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ.

■

In the Matter of RECTOR, CHURCHWARDENS AND VESTRYMEN OF TRINITY CHURCH IN THE CITY OF NEW YORK, Appellant. CAP SCREW & NUT CO. OF AMERICA, INCORPORATED, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to respondents. No opinion. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ.